**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No. 09-MJ-00110-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. DARCY G. AKIN,**

**Defendant.**

## ORDER - RELEASE FROM CUSTODY

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

A hearing was held on August 13, 2009 before the Magistrate Judge. The Magistrate Judge will be entering an Amended Judgment in this case, whereby the Defendant will be placed on unsupervised probation for a period of 2 years.

The Petition on Violation of Probation Defendant's supervised probation has been withdrawn, therefore:

**IT IS HEREBY ORDERED** that the Defendant shall be immediately released from custody of the U. S. Marshal.

**DATED: August 13, 2009.**

        **BY THE COURT:**

        **s/David L. West**
        **United States Magistrate Judge**