# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number: 09-MJ-00110-DLW |
| DARCY G. AKIN | USM Number: 35550-013 |
| | Steven Wells (Defendant's Attorney) |

**THE DEFENDANT:** Was found guilty on count 1 of the Information after a plea of not guilty.

The defendant was adjudicated guilty of this offense on April 27, 2009:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16 U.S.C. 470(ee)(a) | Removal/Excavation of Archaeological Resource Without Authorization | 11/16/08 | 1 |

The defendant's sentence is amended as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

August 13, 2009
Date of Imposition of Judgment

s/David L. West
Signature of Judge

David L. West, U.S. Magistrate Judge
Name & Title of Judge

August 13, 2009
Date

DEFENDANT: DARCY G. AKIN
CASE NUMBER: 09-MJ-00110-DLW

Judgment-Page 2 of 5

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of 2 years with the special condition that:

1. Defendant shall not enter upon any Bureau of Land Management Lands for a period of 2 years.

DEFENDANT: DARCY G. AKIN
CASE NUMBER: 09-MJ-00110-DLW

Judgment-Page 3 of 5

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $0.00 | $0.00 |
| TOTALS | $25.00 | $0.00 | $0.00 |

DEFENDANT: DARCY G. AKIN
CASE NUMBER: 09-MJ-00110-DLW                                                                 Judgment-Page 4 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

September 1, 2009

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment.